CHARLES MURR, Appellant, *v.* THE WESTERN ASSURANCE COMPANY of the City of Toronto, Canada, Respondent.

*Murr* v. *Western Assur. Co.,* 24 App. Div. 390, appeal withdrawn.
(Argued February 27, 1899; decided March 7, 1899.)

MOTION to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 18, 1897, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

*C. C. Werner* for motion.

*Martin Clark* opposed.

Motion granted upon payment of costs that have accrued since bringing the appeal, and ten dollars costs of opposing this motion.